No. 1029. OMAHA BAUM IRON STORE CO., FORMERLY OMAHA IRON STORE CO., APPELLANT, v. MOLINE PLOW COMPANY. Appeal from the District Court of the United States for the District of Nebraska. Motion to dismiss submitted June 4, 1917. Decided June 11, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Aspen Mining & Smelting Co.* v. *Billings,* 150 U. S. 31, 37; *Brown* v. *Alton Water Co.,* 222 U. S. 325; *Metropolitan Water Co.* v. *Kaw Valley District,* 223 U. S. 519; *Union Trust Co.* v. *Westhus,* 228 U. S. 519; *Shapiro* v. *United States,* 235 U. S. 412. *Mr. Otto Raymond Barnett* for appellant. *Mr. Thomas A. Banning* and *Mr. Samuel W. Banning* for appellee.

No. 1102. P. C. O'BRIEN, COUNTY TREASURER OF CUYAHOGA COUNTY, APPELLANT, v. JOHN D. ROCKEFELLER. Appeal from the United States Circuit of Appeals for the Sixth Circuit. Motion to dismiss and petition for writ of certiorari submitted June 4, 1917. Decided June 11, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Weir* v. *Rountree,* 216 U. S. 607; *Bagley* v. *General Fire Extinguisher Co.,* 212 U. S. 477; *Merriam Co.* v. *Syndicate Publishing Co.,* 237 U. S. 618; *Norton* v. *Whiteside,* 239 U. S. 144, 146–147; (2) *Arbuckle* v. *Blackburn,* 191 U. S. 405. Petition for writ of certiorari denied. *Mr. Samuel Doefler* and *Mr. Thomas S. Dunlap* for appellant. *Mr. A. E. Clevenger* and *Mr. W. B. Sanders* for appellee.